CLERK OF SUPREME COURT    AUG 18, 2022    ELECTRONICALLY FILED

# IN THE SUPREME COURT OF IOWA

No. 22–1289

Grievance Commission No. 941

ORDER SUSPENDING LICENSE

IN THE MATTER OF

KEVIN R. HITCHINS,
   An attorney.

---

*Kevin R. Hitchins, Marshalltown, Iowa, has filed with the Iowa Supreme Court Grievance Commission an affidavit consenting to suspension under the provisions of Iowa Court Rule 34.16(1). The Grievance Commission has filed Hitchins's affidavit and the Iowa Supreme Court Attorney Disciplinary Board's (Board) response to the affidavit with the clerk of court. Accordingly, pursuant to Iowa Court Rule 34.16(3), the court orders that Kevin R. Hitchins's license to practice law in this state is suspended from the date of the filing of this order for a period of 30 days.*

Reinstatement of Hitchins's license to practice law is automatic on the day after the 30-day suspension period expires, unless the Board objects to his automatic reinstatement. Iowa Ct. R. 34.23(2). Hitchins must file an application for automatic reinstatement pursuant to Iowa Court Rule 34.23(2)(*a*). The suspension applies to all facets of the practice of law. *Id*. r. 34.23(3). Hitchins must comply with the notification requirements of Iowa Court Rule 34.24. The court taxes the costs of this action to Hitchins in accordance with Iowa Court Rule 36.24(1).

The court requests and further orders that this order of suspension, Hitchins's affidavit consenting to suspension, and the Board's response to the affidavit be included on the Iowa Supreme Court Office of Professional Regulation "Recent Attorney Disability

1

and Disciplinary Orders" page of the Iowa Judicial Branch website. *See* Iowa Ct. R. 34.16(4).

Copies to:

Members of the Court
Chief Judges
District Court Administrators
Clerks of Court
The Iowa State Bar Association
State Public Defender

Allison Anne Schmidt
Attorney Disciplinary Board
1111 East Court Ave.
Des Moines, IA 50319

Tara van Brederode
Attorney Disciplinary Board
1111 East Court Ave.
Des Moines, IA 50319

Thomas Irving Henderson
699 Walnut Street, Ste. 2000
Des Moines, IA 50309

Kevin Hitchins
P.O. Box 776
Marshalltown, IA 50158

Jessica Jo Taylor
Office of Professional Regulation
1111 East Court Ave.
Des Moines, IA 50319



State of Iowa Courts

| **Case Number** | **Case Title** |
|---|---|
| 22-1289 | In the Matter of Kevin R. Hitchins |

So Ordered

Christopher McDonald, Justice

Electronically signed on 2022-08-17 15:27:06